| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br><br>Carl T Meisner | Case No.: 15-13863<br>Chapter: 13<br>Judge: Kaplan |

# NOTICE OF FAILURE TO FILE SUPPLEMENTAL DOCUMENTS CONCERNING SCHEDULES

TO: Carl T Meisner

This will confirm that on _____7/26/2016_____ the following document(s) was filed by you.

☒   Amendment to Schedule(s)   J ,

☐   Missing Documents, including Schedule(s) _____ ,

This will further confirm that the court has not received the following supplemental documents:

☒   A Declaration About an Individual Debtor's Schedules

☒   An updated Summary of Your Assets and Liabilities and Certain Statistical Information if necessary

☐   Declaration Under Penalty of Perjury for Non-Individual Debtors

☐   An updated Summary of Assets and Liabilities for Non-Individuals if necessary

You are hereby notified that the document(s) indicated above must be filed within 7 days from the date of this notice.

Dated: 7/28/2016                                              James J. Waldron, Clerk

*new.12.1.15*