| Information to identify the case: | | |
|---|---|---|
| **Debtor 1:** | Carl T Meisner<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–3070<br>EIN: _ _–_ _ _ _ _ _ _ |
| **Debtor 2:**<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter:  13   3/4/15 |
| Case number: | 15–13863–MBK | Date case converted to chapter:  7   1/2/20 |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Carl T Meisner | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 3–1 Florence Tollgate Pl<br>Florence, NJ 08518 | |
| 4. | **Debtor's attorney**<br>Name and address | Jeffrey S. Walters<br>Law Offices of Jeffrey S. Walters, LLC<br>3000 Atrium Way<br>Suite 2201<br>Mount Laurel, NJ 08054 | Contact phone (856) 552–1045 |
| 5. | **Bankruptcy trustee**<br>Name and address | John Michael McDonnell<br>John Michael McDonnell, Ch. 7 Trustee<br>115 Maple Avenue<br>Red Bank, NJ 07701 | Contact phone 732–383–7233 |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6.** **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856 | 402 East State Street<br>Trenton, NJ 08608<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br><br>Contact phone 609–858–9333<br><br>Date: 1/3/20 |
| **7.** **Meeting of creditors**<br><br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **February 14, 2020 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Clarkson S. Fisher Federal Courthouse, 402 East State Street, Room 129, Trenton, NJ 08608–1507** |
| **8.** **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9).<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 4/14/20** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  page **2**

United States Bankruptcy Court
District of New Jersey

In re:  
Carl T Meisner  
    Debtor

Case No. 15-13863-MBK  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2      Date Rcvd: Jan 03, 2020  
                   Form ID: 309A    Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2020.

```
db           +Carl T Meisner,   3-1 Florence Tollgate Pl,    Florence, NJ 08518-3003
515364119     American Coradius International LLC,    2420 Sweet Home Rd Ste 150,    Amherst, NY 14228-2244
515580349     American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 51178,
              Los Angeles, CA 90051-5478
516334022    +Bank of America, N.A.,   Carrington Mortgage Services, LLC,   1600 South Douglas Road,
              Anaheim, CA 92806-5948
515364120     Carrington Mortgage Services, LLC,    PO Box 54285,    Irvine, CA 92619-4285
515567907    +Carrington Mortgage Services, LLC,    1600 South Douglass Road, Suite 200-A,
              Anaheim, CA 92806-5951
515364123    +DirecTV,    PO Box 6500,    Greenwood Village, CO 80155-6500
515364124     Florence Tollgate Condominium Assn,    C/O Eisenberg, Gold, Cettie & Agrawal PC,
              1040 Kings Hwy S,    Cherry Hill, NJ 08034
515400086    +Florence Tollgate Condominium Association,    c/o Donna L. Cettei, Esquire,
              1040 North Kings Highway, Suite 200,    Cherry Hill, NJ 08034-1925
515364126    +Kivitz McKeever Lee, PC,    216 Haddon Ave Ste 406,    Westmont, NJ 08108-2812
515438256    +Shop Rite Credit c/o Randolph Walzer,    PO Box 1234,    Jackson, NJ 08527-0259
515364128     Shop Rite Foodarama,    C/O Schiff & Schiff,    211 Monmouth Rd #B,
              West Long Branch, NJ 07764-1032
515364129    +The Bureaus,    1717 Central St,    Evanston, IL 60201-1507
515364130     The Client The Bureaus Inc.,    C/O Firsel Law Group LTD,    PO Box 1599,
              Lombard, IL 60148-8599
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty           E-mail/Text: jeffrey_walters@comcast.net Jan 04 2020 00:00:56     Jeffrey S. Walters,
              Law Offices of Jeffrey S. Walters, LLC,    3000 Atrium Way,    Suite 2201,
              Mount Laurel, NJ 08054
tr           +EDI: BJMMCDONNELLIII.COM Jan 04 2020 04:28:00     John Michael McDonnell,
              John Michael McDonnell, Ch. 7 Trustee,    115 Maple Avenue,    Red Bank, NJ 07701-1752
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jan 04 2020 00:02:13     U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 04 2020 00:02:09     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
515474856     EDI: AIS.COM Jan 04 2020 04:28:00     American InfoSource LP as agent for,    Verizon,
              PO Box 248838,    Oklahoma City, OK 73124-8838
515472672     EDI: RECOVERYCORP.COM Jan 04 2020 04:28:00     Bureaus Investment Group Portfolio No 15 LLC,
              c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
517527222    +EDI: PRA.COM Jan 04 2020 04:28:00     Bureaus Investment Group Portfolio No 15 LLC,
              c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
515364122     EDI: CHASE.COM Jan 04 2020 04:28:00     Chase,   Cardmember Service,    PO Box 15298,
              Wilmington, DE 19850-5298
515364125     EDI: IIC9.COM Jan 04 2020 04:28:00     I C System, Inc.,    PO Box 64886,
              Saint Paul, MN 55164-0886
515364127     EDI: RMSC.COM Jan 04 2020 04:28:00     Paypal Credit Services/Gecrb,    PO Box 960080,
              Orlando, FL 32896-0080
515364131    +EDI: VERIZONCOMB.COM Jan 04 2020 04:28:00     Verizon,    PO Box 5029,
              Wallingford, CT 06492-7529
515364132    +EDI: VERIZONCOMB.COM Jan 04 2020 04:28:00     Verizon New Jersey,    500 Technology Dr.,
              Weldon Spring, MO 63304-2225
515364133    +EDI: WFFC.COM Jan 04 2020 04:28:00     Wells Fargo Bank,    PO Box 5058,   MAC: P6053-021,
              Portland, OR 97208-5058
                                                                                               TOTAL: 13
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
515471094   ##+Bank of America, N.A.,   Carrington Mortgage Services, LLC,    1610 E. St. Andrew Place, #B150,
              Santa Ana, CA 92705-4941
515364121   ##CBE Group,    Verizon,   PO Box 2594,   Waterloo, IA 50704-2594
                                                                                    TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jan 03, 2020
                              Form ID: 309A            Total Noticed: 27

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 3, 2020 at the address(es) listed below:
NONE.                                                                                      TOTAL: 0
```