

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re:<br><br>Carl T Meisner | Case No.:    15-13863<br><br>Judge:    Kaplan<br><br>Chapter:    13 |
|---|---|

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that _____Albert Russo_____ is discharged as Trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is _____Converted_____.

DATED: 2/27/2020

                                  Michael B. Kaplan
                                  Judge, United States Bankruptcy Court