Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                                          Case No.: 15−13863−MBK
                                          Chapter:  7
                                          Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Carl T Meisner
   3−1 Florence Tollgate Pl
   Florence, NJ 08518

Social Security No.:
   xxx−xx−3070

Employer's Tax I.D. No.:

## FINAL DECREE

     The estate of the above named debtor(s) has been fully administered.

     If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

     ORDERED that John Michael McDonnell is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>June 5, 2020</u>              <u>Michael B. Kaplan</u>
                                           Judge, United States Bankruptcy Court