| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Carl T Meisner | Social Security number or ITIN   xxx–xx–3070 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   15–13863–MBK | | |

## Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Carl T Meisner

6/5/20

**By the court:**  Michael B. Kaplan
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

| |
|---|
| **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.** |

United States Bankruptcy Court
District of New Jersey

In re:
Carl T Meisner
     Debtor

Case No. 15-13863-MBK
Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 | Date Rcvd: Jun 05, 2020 |
|---|---|---|---|
| | Form ID: 318 | Total Noticed: 28 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 07, 2020.
```
db            +Carl T Meisner,   3-1 Florence Tollgate Pl,   Florence, NJ 08518-3003
aty           +Donna L. Cettei,   Eisenberg, Gold & Cettei, PC,   1040 North Kings Highway,   Suite 200,
               Cherry Hill, NJ 08034-1925
515364119      American Coradius International LLC,   2420 Sweet Home Rd Ste 150,   Amherst, NY  14228-2244
515580349      American InfoSource LP as agent for,   DIRECTV, LLC,   PO Box 51178,
               Los Angeles, CA  90051-5478
516334022     +Bank of America, N.A.,   Carrington Mortgage Services, LLC,   1600 South Douglas Road,
               Anaheim, CA 92806-5948
518707699     +Brian Hotchkiss,   8 Thistle Pl,   Robbinsville, NJ 08691-2512
515364120      Carrington Mortgage Services, LLC,   PO Box 54285,   Irvine, CA  92619-4285
515567907     +Carrington Mortgage Services, LLC,   1600 South Douglass Road, Suite 200-A,
               Anaheim, CA 92806-5951
515364123     +DirecTV,   PO Box 6500,   Greenwood Village, CO 80155-6500
515364124      Florence Tollgate Condominium Assn,   C/O Eisenberg, Gold, Cettie & Agrawal PC,
               1040 Kings Hwy S,   Cherry Hill, NJ  08034
515400086     +Florence Tollgate Condominium Association,   c/o Donna L. Cettei, Esquire,
               1040 North Kings Highway, Suite 200,   Cherry Hill, NJ 08034-1925
515364126     +Kivitz McKeever Lee, PC,   216 Haddon Ave Ste 406,   Westmont, NJ 08108-2812
515438256     +Shop Rite Credit c/o Randolph Walzer,   PO Box 1234,   Jackson, NJ 08527-0259
515364128      Shop Rite Foodarama,   C/O Schiff & Schiff,   211 Monmouth Rd #B,
               West Long Branch, NJ  07764-1032
515364129     +The Bureaus,   1717 Central St,   Evanston, IL 60201-1507
515364130      The Client The Bureaus Inc.,   C/O Firsel Law Group LTD,   PO Box 1599,
               Lombard, IL  60148-8599
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jun 06 2020 01:54:10      U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 06 2020 01:54:08      United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
515474856      EDI: AIS.COM Jun 06 2020 05:43:00      American InfoSource LP as agent for,   Verizon,
               PO Box 248838,   Oklahoma City, OK  73124-8838
515472672      EDI: RECOVERYCORP.COM Jun 06 2020 05:43:00      Bureaus Investment Group Portfolio No 15 LLC,
               c/o Recovery Management Systems Corp,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
517527222     +EDI: PRA.COM Jun 06 2020 05:43:00      Bureaus Investment Group Portfolio No 15 LLC,
               c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk VA 23541-1021
515567907     +E-mail/Text: BKBCNMAIL@carringtonms.com Jun 06 2020 01:53:43
               Carrington Mortgage Services, LLC,   1600 South Douglass Road, Suite 200-A,
               Anaheim, CA 92806-5951
518707700      E-mail/PDF: creditonebknotifications@resurgent.com Jun 06 2020 02:00:51      Credit One Bank,
               PO Box 98872,   Las Vegas, NV 89193-8872
515364125      EDI: IIC9.COM Jun 06 2020 05:43:00      I C System, Inc.,   PO Box 64886,
               Saint Paul, MN  55164-0886
515364122      EDI: JPMORGANCHASE Jun 06 2020 05:43:00      Chase,   Cardmember Service,   PO Box 15298,
               Wilmington, DE  19850-5298
515364127      EDI: RMSC.COM Jun 06 2020 05:43:00      Paypal Credit Services/Gecrb,   PO Box 960080,
               Orlando, FL  32896-0080
515364131     +EDI: VERIZONCOMB.COM Jun 06 2020 05:43:00      Verizon,   PO Box 5029,
               Wallingford, CT 06492-7529
515364132     +EDI: VERIZONCOMB.COM Jun 06 2020 05:43:00      Verizon New Jersey,   500 Technology Dr.,
               Weldon Spring, MO 63304-2225
515364133     +EDI: WFFC.COM Jun 06 2020 05:43:00      Wells Fargo Bank,   PO Box 5058,   MAC: P6053-021,
               Portland, OR 97208-5058
                                                                              TOTAL: 13
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +Florence Tollgate Condominium Association,   c/o Donna L. Cettei, Esquire,
               1040 North Kings Highway,   Suite 200,   Cherry Hill, NJ 08034-1925
515471094   ##+Bank of America, N.A.,   Carrington Mortgage Services, LLC,   1610 E. St. Andrew Place, #B150,
               Santa Ana, CA 92705-4941
515364121   ##CBE Group,   Verizon,   PO Box 2594,   Waterloo, IA  50704-2594
                                                                              TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jun 05, 2020
                             Form ID: 318              Total Noticed: 28


                  ***** BYPASSED RECIPIENTS (continued) *****


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 5, 2020 at the address(es) listed below:
          Albert  Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert  Russo (NA)   on behalf of Trustee Albert  Russo docs@russotrustee.com
          Denise E. Carlon   on behalf of Creditor   BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Jeffrey S. Walters   on behalf of Debtor Carl T Meisner jeffrey_walters@comcast.net
          John Michael McDonnell   on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com,
           NJ95@ecfcbis.com,bcrowley@mchfirm.com
          John Michael McDonnell   jmcdonnell@mchfirm.com,  NJ95@ecfcbis.com,bcrowley@mchfirm.com
          Joshua I. Goldman   on behalf of Creditor   BANK OF AMERICA, N.A.
           josh.goldman@padgettlawgroup.com,  bkgroup@kmllawgroup.com
          Rebecca Ann Solarz   on behalf of Creditor   BANK OF AMERICA, N.A. rsolarz@kmllawgroup.com
                                                                      TOTAL: 8